IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CV-483-D

MARIAN ELIZABETH DUBAR, )
)
                Plaintiff, )
)
v. )         ORDER
)
CHRISTOPHER M. BROWN, )
and LELAND SELF STORAGE, )
)
                Defendant. )

For the reasons stated in the memorandum of Christopher M. Brown [D.E. 8], the court GRANTS Christopher M. Brown's motion to dismiss [D.E. 7] and DISMISSES as meritless plaintiff's motion to vacate. The court also DENIES as meritless plaintiff's motion for entry of default [D.E. 10].

SO ORDERED. This 14 day of September, 2024.

                                                              JAMES C. DEVER III
                                                              United States District Judge