UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MARIAN ELIZABETH DUBAR, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHRISTOPHER M. BROWN and )<br>LELAND SELF STORAGE, )<br>)<br>)<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:24-CV-483-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that for the reasons stated in the memorandum of Christopher M. Brown [D.E. 8], the court GRANTS Christopher M. Brown's motion to dismiss [D.E. 7] and DISMISSES as meritless plaintiff's motion to vacate. The court also DENIES as meritless plaintiff's motion for entry of default [D.E. 10].

This Judgment filed and entered on September 24, 2024, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

September 24, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk